UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACK LO,<br>            *Plaintiff*,<br>-against-<br>MICROSOFT CORPORATION, et al.<br>            *Defendants*. | CV-08-1437 (JFB) (ETB)<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |
| DESIGNER APPLIANCES, INC.,<br>            *Plaintiff*,<br>-against-<br>JACK LO,<br>            *Defendant*. | CV-07-3095 (JFB) (ETB) |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ NOV 13 2008 ★
LONG ISLAND OFFICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jack Lo, and Defendant Designer Appliances, Inc., hereby stipulate, by their attorneys, that this action be dismissed with prejudice and without costs and/or attorney's fees.

DATED: Oct. 14, 2008    By: _____
David P. Miranda, Esq. (DM3554)
HESLIN ROTHENBERG FARLEY &
MESITI P.C.
5 Columbia Circle
Albany, New York 12203
Telephone: (518) 452-5600
Facsimile: (518) 452-5579

*Attorneys for Jack Lo*

DATED: Oct. 10, 2008    By: _____
Dariush Keyhani, Esq.
Meredith & Keyhani, PLLC
330 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: 212-760-0098
Facsimile: 212-202-3819

*Attorneys for Designer Appliances, Inc.*

The Clerk of the Court shall close the case.

**SO ORDERED**

_____
Joseph F. Bianco
USDJ
Nov. 13, 20 08
Central Islip, N.Y

IT IS SO ORDERED.

_____, 2008

ENTER.

_____
Hon. Joseph F. Bianco
United States District Court Judge